Brent R. Pohlman, Esq. (Attorney I.D. No.: 046612005)
**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
Telephone: (973) 736-4600
*Attorneys for Defendants Perfection Associates Inc. and Daniel Maya*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE HERNANDEZ on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTO PERFECTION ASSOCIATES INC., DANIEL MAYA, and FABIO ABREU,<br><br>Defendants. | Case No. 1:25-cv-00767-JLR<br><br>*Civil Action*<br><br>**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel that the time for Defendants Auto Perfection Associates Inc. and Daniel Maya (collectively, "Defendants"), time to answer Plaintiff's Complaint is hereby extended thirty (30) days from the date of execution to and including June 20, 2025.

**MCOMBER MCOMBER & LUBER, P.C.**
*Attorneys for Plaintiff*

By: */s/ Matthew A. Luber, Esq.*
     Matthew A. Luber, Esq.

Dated: May 20, 2025

**MANDELBAUM BARRETT PC**
*Attorneys for Defendants Auto Perfection Associates Inc. and Daniel Maya*

By: */s/Brent R. Pohlman, Esq.*
     Brent R. Pohlman, Esq.

Dated: May 20, 2025

**SO ORDERED.**

Dated: May 21, 2025
       New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

1

4931-3196-8069, v. 1