<div style="color:blue">
**Request GRANTED. Plaintiff shall move for default judgment no later than August 12, 2025.**

Dated: July 30, 2025
New York, New York
</div>

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**FISHER | TAUBENFELD** LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: michael@fishertaubenfeld.com
Writer's direct dial: (212) 384- 0258

July 29, 2025

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

        Re:    Hernandez v. Auto Perfection Associates, Inc. et al
                1:25-cv-00767-JLR

Dear Judge Rochon:

     This office represents Plaintiff in the above-captioned matter. We write to respectfully request a two (2) week extension, from July 29, 2025 to August 12, 2025, to file Plaintiff's motion for default judgment. The reason for this request is that undersigned counsel requires additional time to finalize the moving papers. This is the first request for an extension of this deadline.

     We thank the Court for its attention in this matter.

                                        Respectfully submitted,

                                        */s/ Michael Taubenfeld, Esq.*