Request GRANTED. Plaintiff's motion for default judgment shall be due no later than **August 26, 2025**.

Dated: August 18, 2025
      New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**FISHER | TAUBENFELD** LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: michael@fishertaubenfeld.com
Writer's direct dial: (212) 384-0258

August 15, 2025

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

        Re:    Hernandez v. Auto Perfection Associates, Inc. et al
               1:25-cv-00767-JLR

Dear Judge Rochon:

      This office represents Plaintiff in the above-captioned matter. We write to respectfully request a two (2) week extension, *nunc pro tunc*, from August 12, 2025 to August 26, 2025, to file Plaintiff's motion for default judgment. This is the second request for an extension of this deadline.

      Due to an inadvertent oversight of the August 12 deadline, we require additional time to finalize the moving papers. Therefore, we request that the Court grant a retroactive two (2) week extension of this deadline- to August 26, 2025.

      We apologize to the Court for the delay in filing this request and thank the Court for its consideration.

                                             Respectfully submitted,

                                             */s/ Michael Taubenfeld, Esq.*