Request GRANTED. Plaintiff's motion for default judgment shall be due no later than **September 5, 2025**.

Dated: August 27, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

**FISHER | TAUBENFELD** LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: michael@fishertaubenfeld.com
Writer's direct dial: (212) 384- 0258

August 26, 2025

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:    **Hernandez v. Auto Perfection Associates, Inc. et al**
       **1:25-cv-00767-JLR**

Dear Judge Rochon:

This office represents Plaintiff in the above-captioned matter. We write to respectfully request an additional extension from August 26, 2025 to September 5, 2025, to file Plaintiff's motion for default judgment. This is the third request for an extension of this deadline.

Plaintiff filed his request for default certificate today, August 26, 2025, and requires this brief additional extension to finalize his remaining moving papers.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Michael Taubenfeld, Esq.*

1