**FISHER | TAUBENFELD** LLP
225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: michael@fishertaubenfeld.com
Writer's direct dial: (212) 384- 0258

September 3, 2025

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Request GRANTED. Plaintiff's motion for default judgment shall be due no later than **October 3, 2025**.

Dated: September 4, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   Hernandez v. Auto Perfection Associates, Inc. et al
      1:25-cv-00767-JLR

Dear Judge Rochon:

This office represents Plaintiff in the above-captioned matter. We write to respectfully request a thirty (30) day extension to file plaintiff's motion for default judgment against Defendants Auto Perfection Associates Inc. and Daniel Maya, currently due September 5, 2025. Plaintiff acknowledges that this is our fourth request for an extension and apologizes for any inconvenience to the Court. However, Plaintiff must make this request based on recently discovering an open bankruptcy proceeding against Defendant Auto Perfection Associates Inc.

As the Court is aware, attorney Brent Pohlman contacted me on behalf of the Defendants and the parties filed a proposed stipulation to extend defendants' time to answer, which this Court granted on May 22, 2025. At that time, Mr. Pohlman informed me of a 2017 bankruptcy filing as to individual defendant Maya. Based on the documents provided, I understood that Mr. Maya's bankruptcy case was closed with no discharge of plaintiff's claims, so this case could normally proceed against both Defendants.

However, in preparing Plaintiff's moving papers for default judgment, undersigned counsel recently learned that Corporate Defendant Auto Perfection Associates Inc. has an open bankruptcy case under Chapter 11 pending before the United States Bankruptcy Court for the District of New Jersey. This information was not disclosed during previous communications with Defendants' counsel and requires consideration of the appropriate steps in light of the potential automatic stay and other bankruptcy protections that may apply to Corporate Defendant.

Therefore, Plaintiff requests an extension of time to move for default judgment from September 5, 2025 to October 3, 2025, to allow undersigned counsel to ascertain plaintiff's rights in light of the open bankruptcy proceeding, research the status of the bankruptcy case, determine whether relief from the automatic stay is required, and ensure that any motion for default judgment is filed in compliance with applicable bankruptcy law.

1

Thank you for the Court's consideration of this request.

>Respectfully submitted,
>
>*/s/ Michael Taubenfeld, Esq.*