Request GRANTED.  Plaintiff's default-judgment motion shall be filed no later than October 10, 2025.

Dated: October 6, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

**FISHER | TAUBENFELD** LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: michael@fishertaubenfeld.com
Writer's direct dial: (212) 384- 0258

October 3, 2025

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    Hernandez v. Auto Perfection Associates, Inc. et al
               1:25-cv-00767-JLR

Dear Judge Rochon:

     This office represents Plaintiff in the above-captioned matter. We write to respectfully request a one week extension to October 10, 2025 to file plaintiff's motion for default judgment against Defendants Auto Perfection Associates Inc. and Daniel Maya. As Plaintiff indicated in his September 3, 2025 letter Defendant Auto Perfection Associates Inc. filed for Chapter 11 bankruptcy in 2021.  Plaintiff has done an investigation and it appears that some of his claims against Defendant Auto Perfection Associates Inc. were impacted by the Chapter 11 filing. Plaintiff is therefore prepared to file the motion but needs an additional week to do.  We therefore request until October 10, 2025 to file the default judgment motion.

     Thank you for the Court's consideration of this request.

                                          Respectfully submitted,

                                          */s/ Michael Taubenfeld, Esq.*