**FISHER | TAUBENFELD** LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: michael@fishertaubenfeld.com
Writer's direct dial: (212) 384- 0258

October 10, 2025

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

> Request GRANTED.  Plaintiff's motion for default judgment shall be due no later than **October 24, 2025**.
>
> **SO ORDERED.**
>
> Dated: October 14, 2025
> New York, New York
>
> _____
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   Hernandez v. Auto Perfection Associates, Inc. et al
      1:25-cv-00767-JLR

Dear Judge Rochon:

This office represents Plaintiff in the above-captioned matter. We write to respectfully request until October 24, 2025 to file plaintiff's motion for default judgment against Defendants Auto Perfection Associates Inc. and Daniel Maya. The reason for this request is that our firm's sole employee who provides legal and administrative support for our caseload resigned without notice yesterday.  The timing could not have been worse since I was out of the office this week for 2 days to celebrate the Jewish holiday of Succot.  I will also be out of the office next week on October 14 and 15 for Simchat Torah.  Further, my firm has a jury trial in the Eastern District of New York starting October 27, 2025 in Mahboob v. Food First Family Project Inc., et al., Case No.: 21-cv-06418) (WFK) (JRC) and a Second Circuit brief in Beniquez v. New York State Unified Court System, Case No.: 25-1751 due on October 29, 2025, both of which will occupy much of the firm's next two weeks.  We therefore need additional time to finalize this motion and request until October 24, 2025 to file the default judgment motion.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ Michael Taubenfeld, Esq.