UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE HERNANDEZ. on behalf of himself and others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>AUTO PERFECTION ASSOCIATES INC., DANIEL MAYA, and FABIO ABREU,<br><br>　　　　　　　Defendants.. | Case No.: 1:25-cv-00767-JLR<br><br>**PROPOSED JUDGMENT** |

　　　　WHEREAS, Plaintiff filed a motion for default judgment as to liability and damages on October 24, 2025;

　　　　WHEREAS, the Court granted Plaintiffs' motion on _____;

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is hereby

　　　　ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff JOSE HERNANDEZ against Defendants AUTO PERFECTION ASSOCIATES INC. and DANIEL MAYA jointly and severally in the following amounts:

　　　　(1) To Plaintiff under Fair Labor Standards Act, Law 29 U.S.C. §§ 201 *et. seq.*, and New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.* in the amount of $29,646.36 for unpaid overtime wages;

　　　　(2) To Plaintiff under Fair Labor Standards Act, Law 29 U.S.C. §§ 201 *et. seq.*, and New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.* in the amount of $674.29 for unpaid minimum wages;

(3) To Plaintiff under New York Labor Law §§ 650 *et. seq.* and 12 NYCRR 142-2.4 in the amount of $12,096.43 for unpaid spread-of-hours wages;

(4) To Plaintiff under New York Labor Law §§ 193 *et. seq.* and 198 *et. seq.* in the amount of $3,225.71 for unlawful deductions;

(5) To Plaintiff under New York Labor Law §§ 198 $10,000 for New York Labor Law § 195 damages;

(6) To Plaintiff under New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.*, $45,642.79 for liquidated damages;

(7) To Plaintiff under New York Labor Law §§ 650 *et. seq.* and 190 *et. seq.*, $11.25 for daily prejudgment interest from July 17, 2021 through the date of judgment;

(8) To Plaintiff under Fair Labor Standards Act, Law 29 U.S.C. § 215 and New York Labor Law § 215 in the amount of $40,780.00 for backpay;

(9) To Plaintiff under Fair Labor Standards Act, Law 29 U.S.C. § 215 and New York Labor Law § 215 in the amount of $30,000.00 for emotional distress damages;

(10) To Plaintiff under New York Labor Law § 215 in the amount of $40,780 for liquidated damages; and

(11) To Plaintiff under New York Labor Law § 215, $10.05 for daily prejudgment interest from the midpoint through the date of judgment.

IT IS FURTHER ORDERED and ADJUDGED under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* that Plaintiff, jointly and severally, shall receive attorneys' fees totaling $6,270.00 and costs totaling $550.80.

IT IS FURTHER ORDERED and ADJUDGED if any amounts under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* remain unpaid to Plaintiff upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal therefrom is then pending, whichever is later, the total amount of judgment to Plaintiff under New York Labor Law §§ 650 *et seq.* and 190 *et seq.* shall automatically increase by fifteen percent to:

(1) To Plaintiff in the amount of $116,478.41 for all damages; and

(2) To Plaintiff $7,843.92 in attorneys' fees and costs.

IT IS FURTHER ORDERED and ADJUDGED that Defendants AUTO PERFECTION ASSOCIATES INC. and DANIEL MAYA are liable to Plaintiff JOSE HERNANDEZ for post-judgment interest at the rate specified in 28 U.S.C. § 1961, accruing from the date of entry of this judgment until the judgment is satisfied.

Dated: _____
New York, NY

_____
Hon. Jennifer L. Rochon
United States District Judge