# EXHIBIT H

| Start | End | Weeks | Weekly Hours Worked | Weekly Wage | Regular Rate | Minimum Wage Rate | OT Rate | Days for SOH | Spread of Hrs Due | MW Due | OT Due | Unlawful Deductions Due | Total Wages Due | Liquidated Damages (LDs) | NYLL § 195 Notice/ Paystub Violations | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | JOSE HERNANDEZ WAGE DAMAGES | | | | | | | | | | | | | |
| 1/1/2020 | 1/31/2020 | 4.428571 | 69 | $ 897.00 | $ 13.00 | $ 15.00 | $ 22.50 | 22.1429 | $ 332.14 | $ 354.29 | $ 1,220.07 | $ 88.57 | $ 1,995.07 | $ 1,995.07 | | $ 3,990.14 |
| 2/1/2020 | 2/28/2020 | 4 | 64 | $ 832.00 | $ 13.00 | $ 15.00 | $ 22.50 | 20 | $ 300.00 | $ 320.00 | $ 912.00 | $ 80.00 | $ 1,612.00 | $ 1,612.00 | | $ 3,224.00 |
| 3/1/2020 | 2/3/2023 | 152.8571 | 64 | $ 960.00 | $ 15.00 | $ 15.00 | $ 22.50 | 764.286 | $ 11,464.29 | $ - | $ 27,514.29 | $ 3,057.14 | $ 42,035.71 | $ 42,035.71 | | $ 84,071.43 |
| | | | | | | | | | $ 12,096.43 | $ 674.29 | $ 29,646.36 | $ 3,225.71 | $ 45,642.79 | $ 45,642.79 | $ 10,000.00 | $ 101,285.57 |