FISHER | TAUBENFELD LLP
225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: michael@fishertaubenfeld.com
Writer's direct dial: (212) 384- 0258

November 7, 2025

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Request GRANTED. Plaintiff's deadline to serve the default judgment motion is extended to **November 14, 2025**.

SO ORDERED.

Dated: November 7, 2025
New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Re:   Hernandez v. Auto Perfection Associates, Inc. et al
      1:25-cv-00767-JLR

Dear Judge Rochon:

      This office represents Plaintiff in the above-captioned matter. Plaintiff respectfully requests that the Court extend Plaintiff's deadline to serve the default judgment motion until November 14, 2025. Under the Court's Individual Rules of Practice in Civil Cases, Section 3(O), Plaintiff's deadline to serve is today. However, the attorney representing Defendants reached out to me earlier this week to discuss resolution, and I requested that he accept service of the motion. He advised me that he needed to speak with his client about service and would get back to me. Because I have not yet heard back, we therefore ask for one additional week to serve the motion.

      Thank you for the Court's consideration of this request.

Respectfully submitted,

*/s/ Michael Taubenfeld, Esq.*