UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE HERNANDEZ, on behalf of himself
and others similarly situated,

                         Plaintiff,

          -against-

AUTO PERFECTION ASSOCIATES, INC.
and DANIEL MAYA,

                     Defendants.

Case No. 1:25-cv-00767 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On January 16, 2026, the parties informed the Court that they had reached a settlement in principle and asked "that all deadlines be adjourned sine die and that the parties be given 21 days to submit the settlement agreement for the Court's approval." Dkt. 53. The Court granted the parties' request and ordered them to submit their settlement agreement by February 6, 2026. Dkt. 54. To date, the Court has not heard from the parties.

Accordingly, the parties shall provide the Court with a joint letter regarding the status of their settlement discussions by **February 16, 2026**.

Dated: February 12, 2026
       New York, New York

                                SO ORDERED.

                                *Jennifer Rochon*
                                JENNIFER L. ROCHON
                                United States District Judge