**FISHER | TAUBENFELD** LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's email: michael@fishertaubenfeld.com
Writer's direct dial: (212) 384- 0258

February 26, 2026

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Request GRANTED.  The parties shall submit their settlement agreement for the Court's approval by **March 6, 2026**.

**SO ORDERED.**

Dated: February 27, 2026
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   **Hernandez v. Auto Perfection Associates, Inc. et al**
      **1:25-cv-00767-JLR**

Dear Judge Rochon:

This office represents Plaintiff in the above-captioned matter. The parties write to request a one-week extension from February 27, 2026 to March 6, 2026. The parties are currently reviewing the draft agreement and hope to finalize it shortly. We therefore ask until March 6, 2026 to submit the settlement agreement for the Court's approval.

Thank you for the Court's consideration of this request.

Respectfully submitted,

*/s/ Michael Taubenfeld, Esq.*