UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE HERNANDEZ, individually and on behalf of others similarly situated,

Plaintiff,

-against-

AUTO PERFECTION ASSOCIATES INC., DANIEL MAYA, and FABIO ABREU,

Defendants.

Case No.: 1:25-cv-767 (JLR)

**CONSENT JUDGMENT**

**WHEREAS**, Plaintiff JOSE HERNANDEZ commenced the within action (the "Action") asserting claims arising from and related to her employment by Defendants AUTO PERFECTION ASSOCIATES INC., DANIEL MAYA, and FABIO ABREU;

**WHEREAS**, Plaintiff asserted claims under the Fair Labor Standards Act, U.S.C. § 201 *et seq.* along with state law claims;

**WHEREAS** Defendants deny the allegations and deny all liability;

**WHEREAS** the Court dismissed the claims against Defendant Abreu without prejudice;

**WHEREAS**, the parties entered into an agreement following a mediation on January 13, 2026;

**WHEREAS**, the parties entered into a further Agreement ("Agreement") on February __5__ , 2026;

March

**WHEREAS**, the Court approved the Agreement on __March__  __17__ , 2026;

**WHEREAS**, under the Agreement, Defendants agreed to pay $75,000 to Plaintiff by paying $30,000 by March 1, 2026 and the remaining $45,000 in 9 equal monthly installments of $5,000 beginning on March 30, 2026 and ending on November 30, 2026;

**WHEREAS**, the Agreement provides that should Defendants default on any payment, they may cure their breach within seven calendar days of Plaintiff's sending a notice of breach;

**WHEREAS**, the Agreement provides that should Defendants fail to cure any default, Plaintiff may submit a consent judgment to the Court for its review and execution;

**WHEREAS**, the Agreement further provides that should Defendants fail to cure any default they shall be jointly and severally liable for the sum of $112,500, minus any amount previously paid, as liquidated damages and not as a penalty and Plaintiff will be entitled to recover any collection costs incurred in enforcing the agreement, obtaining a judgment and collecting on the judgment;

**WHEREAS**, Defendants have failed to cure a default;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Defendants having agreed under the terms of the Agreement to the entry of judgment in Plaintiff's favor in the amount of $112,500 minus payments already made, the Court HEREBY ENTERS judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $ 112,500 .

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over this action for purposes of overseeing post-judgment discovery and enforcing the final judgment and any additional orders necessary and appropriate to the public interest.

Dated: May 7, 2026

**FISHER TAUBENFELD LLP**

By: *Michael Taubenfeld*
　　Michael Taubenfeld, Esq.
　　225 Broadway, Suite 1700
　　New York, New York 10007
　　*Attorneys for Plaintiff*

**MANDELBAUM BARRETT PC**

By:
　　Andrew R. Bronsnick, Esq.
　　3 Becker Farm Road, Suite 105
　　Roseland, NJ 07068
　　*Attorneys for Defendants*

SO ORDERED:

Hon. Jennifer L. Rochon, U.S.D.J.